UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ROYA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 10, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-06057-RS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties were scheduled to attend a Case Management Conference on January 17, 2019. Pro se Plaintiff Kevin Roya failed to appear. Roya is therefore ordered to show cause, by filing a declaration no later than February 14, 2019, explaining why he believes this case should not be dismissed for lack of prosecution. Failure to respond to this order will result in dismissal of the case without further notice.

Roya may wish to seek free legal advice by calling the Federal Pro Bono Project at 415-782-8982 or by signing up in the appointment book located outside of the Project's offices. The Project has offices in the federal courthouses in both San Francisco (15th floor, Room 2796) and Oakland (4th Floor, Room 470 S). Through the Project, litigants can speak with an attorney who will provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: January 18, 2019

_____
RICHARD SEEBORG
United States District Judge